AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*            DISTRICT OF    NEVADA

ROBERT WILLIAMS,

    Plaintiff,    JUDGMENT IN A CIVIL CASE

  v.

        CASE NUMBER:  **3:15-cv-00630-RCJ-VPC**

TOLOTTI, et al.,

    Defendant(s).

\_\_\_   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed based on Plaintiff's failure to file an amended complaint in compliance with the Court's July 14, 2016 screening order (ECF No. 6) and July 18, 2016 clarifying order (ECF No. 8), and for failure to state a claim.

September 16, 2016                                                           **LANCE S. WILSON**
                                                                                                Clerk

                                                                                             /s/ K. Rusin
                                                                                             Deputy Clerk